David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Elva Saenz

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Elva Saenz,<br><br>Plaintiff,<br><br>v.<br><br>AMSHER COLLECTION SERVICES, INC.,<br><br>Defendant. | **Case No. 2:16-cv-00653-APG-NJK-**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMSHER COLLECTION AGENCY ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant Amsher Collection Agency**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant Amsher Collection Agency, **and only as to Defendant Amsher Collection Agency** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal without prejudice, against **Defendant Amsher Collection Agency**.

Dated:       May 31, 2016

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　By:   /s/David H. Krieger, Esq.
　　　　　　　　　　　　　　David H. Krieger, Esq. (Nevada Bar No. 9086)
　　　　　　　　　　　　　　HAINES & KRIEGER, LLC
　　　　　　　　　　　　　　8985 S. Eastern Avenue, Suite 350
　　　　　　　　　　　　　　Henderson, Nevada 89123
　　　　　　　　　　　　　　*Attorney for Plaintiff*